IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL RUIZ, | 1:05-CV- 01092-REC-LJO-P |
| Plaintiff, | SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| vs. | |
| RON EARLY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2005, the court ordered plaintiff to submit an application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $250.00 filing fee. On December 1, 2005, plaintiff submitted a certified copy of his prison trust account statement. However, plaintiff did not submit the application to proceed in forma pauperis. See 28 U.S.C. § 1915. Plaintiff shall be granted another opportunity to submit the application or pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $250.00 filing

fee for this action.  Plaintiff is not required to re-submit the certified copy of his prison trust account statement.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    December 9, 2005**                          /s/ Lawrence J. O'Neill
i0d3h8                                          UNITED STATES MAGISTRATE JUDGE