# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL RUIZ,<br><br>            Plaintiff,<br><br>    v.<br><br>RON EARLY, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-CV-01092-REC-LJO-P<br><br>SECOND ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL OR FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 6) |

Plaintiff Randal Ruiz ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 23, 2005, in compliance with the court's order of December 9, 2005, plaintiff filed an application to proceed in forma pauperis.  However, the application was not accompanied by a certified copy of plaintiff's trust account statement and the section entitled "Certificate" on page two was not filled out by a prison staff member.

Accordingly, within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $250.00 filing fee in full or file a completed application to proceed in forma pauperis. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:    January 10, 2006**             /s/ Lawrence J. O'Neill
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE

1