UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDAL RUIZ, | ) | 1:05-CV-01092-REC-LJO-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE AMENDED |
| v. | ) | COMPLAINT |
| | ) | (DOCUMENT #14) |
| RON EARLY, WARDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint, pursuant to the court's order of May 15, 2006.

IT IS SO ORDERED.

**Dated:   July 18, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE