# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RON EARLY, WARDEN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01092-LJO-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE<br><br>(Doc. 22)<br><br>ORDER THAT THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G) |

Plaintiff Randal Ruiz ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 10, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. Plaintiff did not file a timely Objection to the Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] The United States Postal Service returned the Findings and Recommendations on June 1, 2007, as undeliverable. A notation on the envelope indicates that plaintiff was discharged. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 10, 2007, is adopted in full;
2. This action is dismissed, with prejudice, for failure to obey a court order and failure to state a claim upon which relief may be granted; and
3. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:    June 4, 2007**                              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE